IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00143-WYD

ALLISON,

Plaintiff,

v.

JEREMY N. WISE,
DAVID SHEPHERD, and
STUART WRIGHT,

Defendants.
_____

## ORDER OF RECUSAL
_____

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Plaintiff. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: January 22, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge