IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-00143-REB-PAC

DAVID ALLISON, doing business as CHEAT CODE CENTRAL, a sole proprietorship,

    Plaintiff,

v.

JEREMY N. WISE, an individual,
DAVID SHEPHERD, an individual, and
STUART WRIGHT, an individual,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANTS DAVID SHEPHERD AND STUART WRIGHT

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal** [#36], filed January 9, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and plaintiff's claims against defendants David Shepherd and Stuart Wright should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal** [#36], filed January 9, 2008, is **APPROVED**;

    2. That plaintiff's claims against defendants, David Shepherd and Stuart Wright, are **DISMISSED WITHOUT PREJUDICE**;

    3. That the court's **Order to Show Cause** [#34], entered December 27, 2007, is **DISCHARGED**; and

4. That this case is **CLOSED**.

Dated January 9, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**